1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7          FOR THE DISTRICT OF ARIZONA
8
9   George Melendez Estrada,           )   No. CV-06-1519-PHX-ROS
                                        )
10          Petitioner,                 )   **ORDER**
                                        )
11  vs.                                 )
                                        )
12                                      )
    Dora B. Schriro, et al.,            )
13                                      )
            Respondent.                 )
14                                      )
                                        )
15  _____)
16

On June 18, 2007, Magistrate Judge Michelle H. Burns issued a Report and Recommendation (R&R) recommending the petition for writ of habeas corpus be denied. Petitioner filed objections. For the following reasons, the R&R will be adopted in full and the petition will be denied.

Petitioner raised two claims in his petition for writ of habeas corpus. First, Petitioner claimed that the jury instructions violated his Sixth and Fourteenth Amendment rights. Second, Petitioner believed that the imposition of an aggravated sentence violated his Sixth and Fourteenth Amendment rights. The Magistrate Judge concluded Petitioner's first claim was procedurally defaulted and the second claim failed on its merits. Petitioner timely filed his objections.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the

district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original).  In this case, Petitioner objected to both findings by the Magistrate and the Court must review the matters de novo.

Having reviewed the matters, the Court agrees with the Magistrate Judge that Petitioner did not properly present his jury instructions claim as a claim premised on federal law.  Petitioner never explicitly stated his claim was based on federal law and the alleged error was presented as an error under state law.  <u>Lyons v. Crawford</u>, 232 F.3d 666, 668 (9th Cir. 2001).  Therefore, the claim is procedurally defaulted.  The Court also agrees with the Magistrate Judge that Petitioner's second claim fails on its merits.  Based on his prior felony convictions, Petitioner's sentences were not beyond the statutory maximum permitted by the jury's verdict.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 17) is **ADOPTED** and this action is **DISMISSED WITH PREJUDICE**.


DATED this 3rd day of August, 2007.



_____
Roslyn O. Silver
United States District Judge